**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**FRANKLIN FRYE,**

        Plaintiff,                                    Case No. 2:14-cv-526
                                                      JUDGE GREGORY L. FROST
    v.                                           Magistrate Judge Elizabeth P. Deavers

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

## ORDER

This matter is before the Court for consideration of the March 3, 2015 Joint Motion for Voluntary Remand. (ECF No. 21.) The Court **GRANTS** the motion and **REMANDS** the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge shall do the following:

(1) order a medical/psychological expert to appear at a new hearing and obtain testimony from the expert to clarify the impact of Plaintiff's moderate impairment in concentration, persistence, or pace on Plaintiff's ability to work; and

(2) using such evidence, the administrative law judge shall further evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. § 416.920a, documenting application of the technique in the decision by providing specific findings and appropriate rationale for each of the functional areas described in 20 C.F.R. § 416.920a(c).

The Clerk shall enter judgment accordingly and terminate this action on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

                                             /s/ Gregory L. Frost
                                             GREGORY L. FROST
                                             UNITED STATES DISTRICT JUDGE