UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FRANKLIN FRYE,**

    **Plaintiff,**

    v.                             Case No. 2:14-cv-526
                                       JUDGE GREGORY L. FROST
**COMMISSIONER OF SOCIAL SECURITY,**    Magistrate Judge Elizabeth P. Deavers

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the Magistrate Judge's August 25, 2015 Report and Recommendation. (ECF No. 26.) The Magistrate Judge recommended that the Court grant in part and deny in part Plaintiff's motion for attorney's fees and costs and award Plaintiff $3,264.63. The Magistrate Judge also advised the parties that a failure to timely object to the Report and Recommendation would "result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (*Id.* at Page ID # 226.)

Because no objections have been filed, the time for filing objections has expired, and the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Report and Recommendation (ECF No. 26), **GRANTS IN PART** and **DENIES IN PART** Plaintiff's motion for attorney's fees and costs (ECF No. 24), and **AWARDS** Plaintiff attorney's fees in the amount of $3,264.63.

    **IT IS SO ORDERED.**

                                                            /s/ Gregory L. Frost
                                                          GREGORY L. FROST
                                                          UNITED STATES DISTRICT JUDGE